# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA FEDERAL DISTRICT
# VERIFIED COMPLAINT FRCP RULES 1-5(e)

IN THE MATTER OF

George Edward McDermott SR.
143 North Huron Dr.
Forest Heights, MD 20745
Phone 301-996-9577
Email GeorgeMcDermott2014@Gmail.com
fax 301- 839-5816    **Lead Plaintiff. # 1**
                And
Patricia J McDermott
143 North Huron Dr.
Forest Heights, MD 20745
Phone 301- 442-7278
Email GeorgeMcDermott2014@Gmail.com
fax 301- 839-5816    **Plaintiff    # 2**
                And
George Edward McDermott Junior
7219 Stafford Rd
Alexandria, VA 22307

Phone 301-633-7715
ed.mcdermott@hotmail.com        # 3

vs.

BB&T Bank Corporation
Corporate Headquarters
200 West Second Street
Winston-Salem, NC 27101
800-BANK-BBT (800-226-5228)
Service To.Local Branch Manager
6168 Oxon Hill Rd
Oxon Hill, Md. 20745-3107
            Defendant     # 1
                And
**Jeffrey Fisher alleged agent for**
BB&T Corp Alleged Trust Agent.
The Fisher Law Group, PLLC
9440 Pennsylvania Avenue, Suite 350,
Upper Marlboro, MD 20772-3659
            Defendant     # 2

Case: 1:16-cv-532  Jury Demand
Assigned To : Mehta, Amit P.
Assign. Date : 3/20/2016
Description: TRO/PI (D Deck)

**A FEDERAL PETITION FOR AND**

**VERIFIED COMPLAINT FOR:**
**Vindicating Rights in a Federal System:**
**PURSUANT TO 42 U.S.C. § 1985(3)'s**
**And A Request For**

1. **Temporary Restraining**
**Order And Other Preliminary**
**Injunctive Relief Which IS**
**Available Under**
**The 14th Amendment Of Our**
**National Constitution**

1. **COMMON-LAW FRAUD**

2. **FRAUD and/ ABUSE OF PROCESS**

3. **FRAUD FALSE CONVERSION**

4. **WRONGFUL FORECLOSURE**

Using Forged Orders To Docket
falsified court papers prohibited
under 15 U.S.C. 1692 Statutes

5.        Illegal TRESPASS

**JURY TRIAL DEMANDED** in accordance
FRCP rule 38 (a) (b) (c) with <u>U.S.</u>
<u>Code</u> › Title 28 › Part V › Chapter 121 OF 28
U.S. Code Chapter 121 - JURIES; TRIAL BY
JURY <u>On All Counts And Claims Of Relief</u>

Page 1

                          **And**                  \*

John Noonan alleged agent for                  \*

The Fisher Law Group, Pllc                      \*

/Co-Conspirator With Alleged Bank's        \*

Alleged Trustees 8324 Bock Rd.,              \*

Fort Washington, MD 2074                     \*

phone (443) 768-2870                           \*    **PETITIONER ADDITIONALLY RESERVES**

        Defendant        # 3            \*        **THE RIGHT TO ALTER AND AMEND**

                          **And**                    \*        **COMPLAINT UNDER FRCP RULES 15.**

In The M&T Bank Corp. Robert G. Wilmers    \*        **(a)--(d) AS LOWER COURTS HAVE**

Chairman of the Board and                   \*

Chief Executive Officer                       \*        **REPEATEDLY REFUSED TO ALLOW**

8th Floor Buffalo, NY 14203-2399            \*        **<u>Petitioner's Any Legal Discovery.</u>**

(716) 842-5138   Defendant        # 4        \*

Service To Branch Manager                  \*

6262 Oxon Hill Road                            \*

Oxon Hill, MD 20745                            \*

Phone 301-839-7601                           \*

Fax: 301-839-6270                              \*

                          **And**                    \*

Law Firm of Friedman & Macfayden P.A.:       \*

Its Agents Kenneth J Macfayden &           \*

Cantrell, Michael T. Agent's                  \*

Totman Building 210 E Redwood St         \*

# 4, Baltimore, Md 21202                      \*        

**Phone:**(410) 685-1763                          \*

        Defendant        # 5            \*

                          **And**                    \*

The Atlantic Law Group LLC                    \*

Its Agents And Assigns Rita Ting Hopper.      \*

Rockville Office 15800 Crabbs Branch Way,    \*

Suite 310 Rockville, MD 20855                \*

Main Phone: (443) 422-6919 Facsimile:       \*

(443) 769-1194 Defendant        # 6        \*

                          **And**                    \*

Sidney J Harrison                                \*

14735 Main St.                                      \*

Upper Marlboro, MD 20772                     \*

Phone 301-952-3318                           \*

Fax 301-952-3768     Defendant    # 7        \*

                                                              \*

And John Does And Jane Does To Be Named  \*

or joined as Accomplices **In The Interest Of Justice** \*

---

A FEDERAL PETITION FOR AND A VERIFIED COMPLAINT FOR: VINDICATING RIGHTS IN A FEDERAL SYSTEM: PURSUANT TO 42 U.S.C. § 1985(3)'S AND A REQUEST FOR AND A TEMPORARY

## RESTRAINING ORDER AND OTHER PRELIMINARY INJUCTIVE RELIEF WHICH IS AVAILABLE UNDER THE FRCP RULE 65 AND THE 14TH AMENDMENT OF OUR NATIONAL CONSTITUTION.

Comes now George McDermott senior hereafter plaintiff # 1. Patricia J McDermott hereafter plaintiff # 2. And George Edward McDermott Junior hereafter plaintiff # 3. Parties of the first part as parties seeking just relief from this court pursuant to FRCP rule 1 which states These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in **Rule 81**. They should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding. Parties of the purse part are proceeding jointly "in propria persona" under **Law 28 USC 1664** appearance personally as allowed in all courts of the United States, the parties may glean and conduct their own cases personally or by counsel as, by the rules of such court, respectively, are permitted to manage and conduct cases therein.

A. Defendants BB&T Bank Corp. hereafter defendant # 1. And Defendant the Fisher Law Group LLC. hereafter defendant # 2, And John Noonan alias Rabbi John Noonan, hereafter defendant # 3. And defendant M&T Bank Corp. hereafter defendant # 4. And The Law Firm of Friedman & Mac fayden P.A. et,el hereafter defendant # 5. And The Atlantic Law Group LLC et al hereafter defendant # 6. And Sidney J Harrison et al. hereafter defendant # 7, Operating as parties of the second part identified by number one through seven. All parties are Alleged registered corporations or agents of corporations operating as incorporated national Banking institutions and or law firms incorporated in multiple states as the alleged debt servicing companies.

## Jurisdictional Statement.

This court has jurisdiction under the Constitution title 28 USC chapter 85 district courts jurisdiction these matters include federal questions starting with 28 USC 1331 which states district court shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States. As the matter before the court involves a diversity of citizenship's under 28 USC 1332 (a) (c) (1) plaintiff's claim damages in excess of $5 million meeting the jurisdictional requirement additionally this court has

jurisdiction under 28 USC 1337 Congress an antitrust regulations additionally under 28 USC 1339

defendants failure to provide honest services employing the US mail service additionaly to defraud the

courts and the plaintiffs with forge <u>prohibited under title 15 USC 1692 fair debt collection practices act</u>

<u>falsification of court documents, and again this court has jurisdiction under 28 USC 1343 civil rights (a 1) -</u>

<u>,(b2) and</u>

<u>plaintiffs evidence will show that defendant's jointly and severally or engaged in. Violation of Internal</u>

<u>Revenue Service code laws to defraud the US treasury through falsification of bank records and the</u>

<u>falsification of corporate documents. With intent to defraud the Internal Revenue Service and the U.S.</u>

**Meaning of "honest services" in public corruption** Honest services fraud is generally more easily proven in the public sphere than in the private, because honest services fraud by public officials can include most unethical conduct, whereas honest services fraud by private individuals only includes some <u>unethical</u> conduct. Federal courts have generally recognized two main areas of public-sector honest service fraud:<u>bribery</u> (direct or indirect), where a public official was paid in some way for a particular decision or action. and failure to disclose a conflict of interest. Emphasis supplied.

The plaintiffs George McDermott, Patricia J McDermott, George Edward McDermott Jr

hereafter plaintiff's 1-3 as injured parties come to this court seeking redress of grievances seeking

to assert our vested legal constitutional rights under Article 19 Of The Maryland Declaration Of

Rights which I quote for the record ("**Art. 19.** That every man, <u>for any injury done to him</u> in his

person or property, ought to have remedy by the course of the Law of the Land, and ought to have

justice and right, freely without sale, fully without any denial, and speedily without delay,

according to the Law of the Land.")

Plaintiffs have been unable to <u>exercise these rights in state court's of Maryland</u> due to the

wrongful misconduct of the defendants on1-7 who are jointly and severally working to

*Undermine The Integrity Of The Maryland Judicial System* and in particular the judges of the

seventh judicial circuit of Maryland and certain named judges in the Maryland court of special

appeals who have been acting adverse to the established principles of law and Maryland Constitution which is the rule of law more specifically under title 16 8 – 101 through 16 – 814 rule 2.15. Necessitating filing of this action in this court and request for relief through a temporary restraining order preventing seven named parties and their agents in the state court from further violating plaintiffs legal rights of the plaintiffs jointly seeking relief FRCP rule 65 and two have a full fair and honest proceedings.

1. Plaintiffs are now being forced to bring this action to this court after 21 years of continuing judicial/legal abuse of process, supporting an ongoing illegal deprivation of rights, theft of plaintiff's property through the use of false forged alleged debt instruments put into the state court record by the defendants 1- 7 as records in the national archives and records administration Philadelphia Pennsylvania will attest to showing that as far back as October 19, 1995. Judge Gerald Schiff was made aware that predecessor to BB&T bank/First Virginia Bank and its agents with the Fisher law group had clandestinely joined in a Rico conspiracy to steal plaintiff's place of business and his partners joint business valued at over $2 million. Jeffrey Fisher defendant number # 2. The defendants continued in his illegal criminal conspiracy against the plaintiffs in 2006 by filing additional false foreclosure documents plaintiffs using forged Robo signed signatures false affidavits and failure to provide victims required proofs under debt ownership pursuant to 15 USC 1692 fair debt collection practices act. All all defendants are jointly and severally liable to plaintiffs.

## Count # 1

Plaintiff's <u>jointly accuses the 7 named defendants of a conspiracy to defraud the plaintiffs</u>, the United States courts as well as the United States treasury through dishonest means in violation of truth in lending federal law under title 15 USC 1692 hereafter Fair debt collection practices act all parties/defendants have knowing jointed in conspiracy crime against plaintiffs and conspired

conspire, or agree, to defraud plaintiffs and the United States treasury, using forged documents falsified tax returns falsified court orders and insider status as lawyers To further crimes against the plaintiffs in the peace and justice of the United States of America through economic terrorism.

## Count # 2

Plaintiffs jointly accuse <u>the 6 Corporate entities and their insider agent John Noonan</u> of felony conspiracy to violate defendants legal rights and those of his family members through a scheme to put forged Robo signed pleadings and false unsigned unverifiable orders in court record/docket to further their sham foreclosure proceedings. With the aid and assistance of court officers/insiders who knowingly furthered this ever enlarging conspiracy against rights to deprive the plaintiffs of their property and due process rights at law in Maryland state courts system knowing their fellow bar members and officers of the court's and judges hatreds of pro se litigants asserting their legal rights both under Maryland rules and 28 USC 1654 constitutional guarantees access to courts.

## Count # 3

Plaintiffs jointly accuse the <u>six corporate entities and their insider John Noonan</u> with wire fraud and mail fraud in relation is to 10 year scheme to steal the plaintiff property and 8324 Bock Rd. for Washington Maryland as part of the national scheme. Pattern of foreclosure fraud furthered by judges in Prince George's County Maryland's seventh judicial circuit judges who have the highest rate of illegal foreclosures in the nation , plaintiffs assert court insiders have knowingly and willfully joined in an ever enlarging conspiracy not only against the plaintiffs but also to to deprive all pro se litigants in Maryland courts to deprive all self represented citizens of the right to due process and right to equal access to Maryland courts as court records will attest to..

## Count # 5

Plaintiffs jointly accuse the six corporate entities and their insider John Noonan. A conspiracy against the plaintiffs by defendant banks and their alleged insiders knowingly falsifying court filings, falsifying income tax 1099 forms, falsifying securities corporate filings with the IRS with the assistance of judges in the Maryland Court of Appeals and other courts using unsigned per curiam orders to cover-up their frauds on the plaintiffs and their family members and hundreds of .thousands of other Maryland citizens. Affected by foreclosure fraud mills and the inappropriate actions of Maryland courts and its alleged officers agents and assigns.

## Count # 6

Plaintiffs jointly accuse the six corporate entities and their insider John Noonan of judge shopping to deprive the plaintiffs of their day in court and equal access to the law. All parties knowingly engaged in the conspiracy to have ex partae meetings with judges, while delivering false knowingly forged documents and pleadings to judge's chambers, enticing judges to join defendants conspiracy by knowingly issuing orders that court lacked jurisdiction to grant in conformity with the Maryland Constitution and declaration of rights. A matter of the jury will decide

## Count # 7

Plaintiffs jointly accuse the six corporate entities and their insider John Noonan a want to be lawyer stated on the record he voluntarily joined in a Rico conspiracy against rights plaintiffs and engaged in a pattern of economic terrorism against the plaintiffs now lasting 22 years and counting in Maryland courts. Which illegally have been collecting court fees for honest services in court administrator process which are never provided plaintiffs in conflict with the Maryland annotated code title general provisions title 1-101 through 20-505 ESQ using forged counterfeit unsigned orders to facilitate frauds against the plaintiffs and tens of thousands of other victims in Maryland As all defendants carry or are employee / agents with corporations their affiliation with

licensed under the court of appeals rules for the state of Maryland, now owned by the rules outlined in the Maryland Constitution and declaration of rights. As well as the appellate rules of professional conduct and professional responsibility to their employers the citizens of Maryland the Constitution and declaration of rights of this great state. All parties are in breach of trust.

## Count # 8

Plaintiffs jointly accuse the <u>six corporate entities and their insider John Noonan</u> who has knowingly filed false police reports using forged court documents to illegally retain possession of plaintiff's property which insider is and has been using as a law office. With the knowledge and consent of officers of the court and the other six named defendants who have failed to take remedial action required under their code of conduct instinctive of professional responsibility. 16 – 813-814 R2.15

## Count # 9.

Plaintiffs jointly accuse the <u>six corporate entities and their insider John Noonan</u> have engaged in deceptive business practices and a pattern of extortion both of legal rights and financial extortion against the plaintiffs. Using perjured testimony and the breach of fiduciary duty of their peers in the court who had a duty to prevent. But instead John does and Jane does have joined the defendants conspiracy against rights of plaintiffs for exposing an ever enlarging conspiracy involving defendant's participation in a national mortgage fraud scheme both in Maryland by defendants agents assigns and appointees. Nationally costing the nation over $2 trillion.

## Count # 10.

Plaintiffs jointly <u>accuse the six corporate entities and their insider John Noonan</u> have willfully and knowingly engaged in concert one with another and with their fellow officers in the court to facilitate financial crimes against the plaintiffs, the taxing authority for the state of Maryland, the Prince George's County Treas.'s office. By trying to present forged deeds of trust to tax office to

induce the office to change legal ownership of property while case was still on appeal and the six agents and also co-conspirator's fabricated and knowingly to put forged 1099s plaintiffs George and Patricia McDermott's IRS records as a matter of economic terrorism knowing these documents were forged and false IRS forms no legal authority but to deceive the plaintiffs and the Internal Revenue Service in a tax fraud scheme to cover-up criminal misconduct on part of the defendants their corporate officers and agents double dipping into the US treasury. Enriching their corporate clients while trying to make the plaintiffs debt slaves for life using forged government documents..

## Count # 10.

Paintiffs jointly accuse <u>the six corporate entities and their insider within the court system</u> have engaged in grand jury fraud and deliberate interference with plaintiff's right to present to the grand jury of Maryland evidence of judicial misconduct , fraud on the court , obstruction of justice in state and federal court proceedings. Which was facilitated by Stacking the jury in Prince George's County Maryland with court employees to illegally obstruct and hinder justice and the reporting of massive felony crimes involving the Godfather of the Mafia for the State of Maryland Gilbert Sapperstein who has a close working relationship with defendant number two the Fisher law group for over 20 years. As a disbarred attorney close aide to ex- Gov. Paris Glendenning involved in the theft of plaintiff's business interests in 2005. As court records will attest to.

## RELIEF SOUGHT

(a)     Plaintiffs are seeking relief under FRCP  Rule 65 – Injunctions and Restraining Orders against the officers and agents of the seventh judicial circuit Prince George's County Maryland and the Court of Appeals/court of special appeals for the state of Maryland that this court issue under rule (a) Preliminary Injunction Against these courts and the defendants who will be notified on March 21, 2016 of this proceeding according to rule 65 (a) (1) *Notice.* The court may issue a

preliminary injunction only on notice to the adverse party. (2) *Consolidating the Hearing with the Trial on the Merits.* Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing. Even when consolidation is not ordered, evidence that is received on the motion and that would be admissible at trial becomes part of the trial record and need not be repeated at trial. But the court must preserve any party's right to a jury trial. As the lower courts are trying to deny once again plaintiff's right to a jury trial.

(b) Secondly defendants and their employers supervisors and the courts have been put on notice that the plaintiffs will be removing all actions from the Maryland state court system to the federal courts in District of Columbia. As the actions involve matters of constitutional infringement of rights and deprivation of rights and the theft of defendants property with forged unsigned documents//orders which the court will not authenticate or validate, forged Robo signed orders to docket forged notarize documents put into the record of the circuit courts and the Courts of Appeals of Maryland, and finally the destruction of the court records in the appellate courts and the appellate court's refusal to provide honest services regarding authorizing unsigned orders.

(c). Plaintiffs will be submitting the summons applications on March 21, 2016 after having to be made to appear in the Circuit Court for Prince George's County Maryland for an alleged motions hearing before an unnamed judge at 9 AM March 21, 2016 that court has been given to notice is that the plaintiffs both in that case in this case are forced to file this action in United States District Court for Washington DC after 22 years of abuse of process in the Circuit Court for Prince George's County Maryland in violation of legal and civil rights latest notices of removal delivered to all members of the Maryland general assembly offices in Annapolis Maryland March 18, 2016 and to the circuit court clerks office March 19, 2016 contesting the unsigned orders plaintiffs have received over the last 21 years. [At 1] . This is consistent with FRCP Rule 4 (a) (1) (b) rule states after filing the complaint , plaintiffs may by court rules present a filled out summons to the clerk pursuant to court rules For their signatures and court seal further FRCP Rule 5 rules will be followed emphasis supplied.

Rule 4 – Summons (a) Contents; Amendments. (1) *Contents*. A summons must: (A) name the court and the parties; (B) be directed to the defendant; (C) state the name and address of the plaintiff's attorney or–if unrepresented–of the plaintiff; (D) state the time within which the defendant must appear and defend; (E) notify the defendant that a failure to appear and defend will result in a default judgment against the defendant for the relief demanded in the complaint; (F) be signed by the clerk; and (G) bear the court's seal.

(2) *Amendments*. The court may permit a summons to be amended.
    (b) Issuance. On or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal. If the summons is properly completed, the clerk must sign, seal, and issue it to the plaintiff for service on the defendant. A summons–or a copy of a summons that is addressed to multiple defendants–must be issued for each defendant to be served.
    (c) Service. (1) *In General*. A summons must be served with a copy of the complaint. The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service.

(d). Plaintiffs reserve the right to alter and amend in accordance to FRCP rule 15 as they have not been given legal discovery in 20 years in any case. The court will be supplied with the list of all cases which can be verified in the records of the United States Supreme Court case 10 – 10236

McDermott versus MacFadyen which was denied because the lower court of appeals would never issued a valid appealable order consistent with the Maryland constitutional rules of law.

**Damages sought $30 million plus punitive and exemplary damages as jury may award.**

Respectfully submitted.

_[signatures]_

George Edward McDermott   Patricia J McDermott   George Edward McDermott Jr.

## CERTIFICATE OF SERVICE

I George McDermott certified that the named defendants will be served a true and correct copy of this complaint accompanied by attachments and notices of removal once the court clerk has been presented filled out summons request service to be either by process server or first-class certified mail to corporate offices as rules provide for this request made March 21, 2016.

By George McDermott _[signature]_

| | |
|---|---|
| BB&T Bank Corporation<br>Corporate Headquarters<br>200 West Second Street<br>Winston-Salem, NC 27101<br>Jeffrey Fisher alleged agent for<br>BB&T Corp Alleged Trust Agent.<br><br>The Fisher Law Group, PLLC<br>9440 Pennsylvania Avenue, Suite 350,<br>Upper Marlboro, MD 20772-<br><br>John Noonan alleged agent for<br>The Fisher Law Group, Pllc<br>/Co-Conspirator With Alleged Bank's<br>Alleged Trustees 8324 Bock Rd.,<br>Fort Washington, MD 2074<br><br>The M&T Bank Corp. Robert G. Wilmers<br>Chairman of the Board and<br>Chief Executive Officer<br>8th Floor Buffalo, NY 14203-2399 | Law Firm of Friedman & Macfayden P.A.:<br>Its Agents Kenneth J Macfayden &<br>Cantrell, Michael T. Agent's<br>Totman Building 210 E Redwood St<br>Baltimore, Md 21202<br><br>The Atlantic Law Group LLC<br>Its Agents And Assigns Rita Ting Hopper.<br>Rockville Office 15800 Crabbs Branch Way,<br>Suite 310 Rockville, MD 20855.<br><br>All defendants jointly and severally did liable to plaintiffs for all damages claimed and to be claimed. |

[At 1] second notice to defendants their employers & assigns of removal of actions to federal court