**CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY MARYLAND**
**UPPER MARLBORO**

CLERK US DISTRICT & BANKRUPTCY COURTS 2016 MAR 29 PM 4 32 RECEIVED GEORGE CO MD # 93 Clerk of the Circuit Court

| | | |
|---|---|---|
| In the matter of | ) | This Court Case Number |
| George Edward McDermott et al | ) | CAL – 15 - 08704 |
| | ) | Civil Case Number Lower Court |
| | ) | #__0501SP058102015 |
| plaintiff/petitioner | ) | Relating case CAE 10-07351 |
| V. | ) | JURY TRIAL PRESERVED |
| | ) | Pursuant to Maryland Rules |
| John Noonan & Barb Libpator | ) | 2 – 535 and 2 – 536 |
| 8324 Bock Rd., Fort, WA Maryland | ) | |
| 20744 Hereafter Trespassers/**defendants** | ) | |

**PLAINTIFFS JOINT SECOND NOTIFICATION TO THIS COURT THAT PLAINTIFFS ARE MOVING ALL ACTIONS OF THIS COURT THE MARYLAND COURT OF APPEALS AND THE MARYLAND COURT OF SPECIAL APPEALS ARE BEING REMOVED TO FEDERAL COURT DUE TO THE COLLUSION IN CORRUPTION WITHIN THIS MARYLAND COURT SYSTEM PROTECTING INSIDERS OVER THE CONSTITUTION AND RULE OF LAW OF THIS NATION A SEPARATE CCURT ACTION WILL BE FILED AND EMERGENCY MOTION TO REMOVE ALL CASES FROM MARYLAND'S JURISDICTION AND AUTHORITY FAILURE TO PROVIDE HONEST SERVICES.**

Comes now George McDermott and Patricia McDermott notifying the court for the second time that a motion for removal of these proceedings will be filed in United States District Court for District of Columbia, by Nate filing on or before March 21, 2016 sham proceedings scheduled for this court at 9 AM after the events of March 18 at the Atty. Gen.'s office for the state of Maryland and receiving yet more unsigned forged court orders from the courts of appeal and forged falsified court records from Maryland assistant Atty. Gen's March 18, 2016 in front of a witness. There is no way that plaintiffs can receive a fair justice in accordance with the Maryland Constitution and rule of law rules 16 – 813 through 16 – 814 R. 2.15 Necessitating removal after 21 years of judicial terrorism against the McDermott family by Prince George's County courts and Maryland courts acting adverse to the U.S. Constitution and to the Maryland Constitution supporting judicial terrorism by court employees and their officers and agents and assigns. [At's 1A-E + 2 B 1-B 5 ]

1. This court's failure to prevent fraud on the court by the defendants their insider agents with the Atlantic law group, the Fisher law group, and the Sapperstein crime syndicate as well as BB&T Bank Corporation and the M&T Bank Corporation's alleged plaintiffs. Supported by agents in the Maryland Court of Appeals using unsigned forged court documents/orders in violation of Maryland criminal statute 8-605, 606, and 607. Plaintiffs can no longer risk not taking this matter to federal jurisdiction of the civil rights violations and title 15 violations of our Constitution.

22

Maryland Rules, Rule 16-813, "Rule 2.11 Disqualification" regulates: (a) A judge shall disqualify himself or herself in any proceeding in which the judge's impartiality might reasonably be questioned, ..." **"shall means must"** (b) Quote from U.S. Supreme Court, 129 S.Ct. 2252, *Caperton, et al., v. A.T. Massey Coal Co., Inc.*, et al.,2009: "Even when judge does not have any direct, personal, substantial, pecuniary interest in case, of kind requiring his or her disqualification at common law, there are circumstances in which probability of **actual bias on part of judge is too high to be constitutionally tolerable."**

Respectfully submitted

George McDermott.

At 1A-E Five latest unsigned orders received from clerk of the court of appeals March 18, 2016 4 PM
At 2 B-E Notification to courts superiors regarding federal civil rights lawsuit and failure to prevent

## CERTIFICATE OF SERVICE

**Plaintiff George McDermott certifies a copy of this second notice of removal was sent by first-class US mailed to John Noonan and Barbara Lipitor at 8324 Bock Rd., Fort, WA 20744 by first-class USPS prepaid mail in accordance with the court rules by**

**By George McDermott**

[illegible] IN THE COURT OF APPEALS OF MARYLAND [illegible] September Term, 2015 [illegible] Circuit Court for Prince George's County

ORDER

[illegible]

/s/ Mary Ellen Barbera
Chief Judge

GEORGE MCDERMOTT et al • In the • Court of Appeals • of Maryland • Misc. No. [illegible]
JOHN NOONAN/BARBARA LIPITOR • September Term, 2015
Squatters

ORDER

The Court having considered the "Petition for a Certification of a Question of Law" from this Court regarding underlying case in the Court of Special Appeals MD Cts & Jud Pro Code § 12-305 § 12-601 Et Seq. under the Maryland Uniform Certification Question of Law Statute filed in the above entitled case, it is this 6th day of October 2015

ORDERED, by the Court of Appeals of Maryland, that the above pleading be, and it is hereby DENIED.

/s/ Lynne A. Battaglia
Senior Judge

GEORGE MCDERMOTT et al • In the • Court of Appeal • of Maryland • Misc. No. 6
JOHN NOONAN/BARBARA LIPITOR • September Term, 201[illegible]
Squatters

ORDER

The Court having considered the "Motion for Reconsideration by the full Court on Petition for a Certification of a Question of Law" from this Court regarding underlying cases in the Court of Special Appeals MD Cts & Jud Pro Code § 12-305 § 12-601 Et Seq. under the Maryland Uniform Certification Question of Law Statute filed in the above entitled case, it is this 14th day of October 201[illegible]

ORDERED, by the Court of Appeals of Maryland, that the above motion [illegible] and it is hereby DENIED.

/s/ Mary Ellen Barbera
Chief Judge

All five orders received from clerk of the Court of Appeals 4 PM March 18, 2016 clerk refused to produce signing cards or any other authoritative proof that orders were not clear forgeries. Under Maryland criminal law 8-605 + 606 or 606.1

GEORGE MCDERMOTT et al • In the • Court of Appeals • of Maryland • Misc. No. 6
JOHN NOONAN/BARBARA LIPITOR • September Term, 2015
Squatters

ORDER

The Court having considered the "Motion to Strike all Orders of this Court in the Above Captioned Proceedings and Related Proceedings which were sent to the Appellant Unsigned by USPS and upon Review and Inspection of the Court [illegible] Original Signatures [illegible] Court File [illegible] Under Maryland Rule [illegible] and Most Importantly Rule [illegible] filed in the above entitled case, it is this 18th day of March 2016

ORDERED, by the Court of Appeals of Maryland, that the above pleading be, and it is hereby DENIED.

/s/ Lynne A. Battaglia
Senior Judge

GEORGE MCDERMOTT et al • In the • Court of Appeals • of Maryland • Misc. No. 6
JOHN NOONAN/BARBARA LIPITOR • September Term, 2015
Squatters

ORDER

The Court having considered the "Motion to the Court that a Hearing is Requested Pursuant to Maryland Rule [illegible] and Rules [illegible] Maryland Rule [illegible] A Hearing is Necessary Due to the Alleged False Money Judgements filed by the Alleged Creditors with the IRS against the Defendants Which makes the Defendants Slave to Alleged Creditors who have never Produced Proof of Ownership of any Notes as Required Under 15 USC 169[illegible]" filed in the above entitled case, it is this 1[illegible] day of March 2016

ORDERED, by the Court of Appeals of Maryland, that the above pleading be, and it is hereby DENIED.

/s/ Lynne A. Battaglia
Senior Judge

Originals being filed with US District Court criminal Tourt action

For the record docket entry number 91 posted March 17, 2016 is not show that plaintiffs submitted servers certificates of subpoenas on March 16, 2016 which will be addressed in open court on March 21, 2016 to preserve the record for the US District Court for District of Columbia court action against court and its agents

Date 01/04/2016
Document Name Motion To Dismiss, Fd.
Docket Text 082 defendant motion to dismiss,fd.amk (tagged for nichols) e 01-19-16

Date 02/19/2016
Document Name Civil Motions Notice, fd
Docket Text 083 fd./emt364 e 2-19-16

Date 02/26/2016
Document Name Order fr Court of Appeals, Fd
Docket Text 084 No. 549 September Term, 2015 ORDERED by the Court of Appeals of Maryland, that th petition be, and it is hereby, denied as there has been no showing that review by certiorar desirable and in the public interest fd/teh 02/26/2016

Date 03/02/2016
Document Name Motion, filed
Docket Text 085 Motion in Opposition to Dismiss Defendants Fraudulent Claims and for the Court Clerk Produce Certified Triple Sealed Copy of the Latest Orders from ther Court of Special Appea the Order Motion to Strike, Motion to Dismiss. Civil Motion Notice and February 26 Sham unsigned Order Court of Special Appeals. Pursuant to Maryland rules 16-101 through 16-6 Esq, fd./klf e: 03-08-2016

Date 03/02/2016
Document Name Line, filed
Docket Text 086 Maryland Court Watch News Request Fromall to the Hon Cheif Judge Sheila T Adams f Permission to Provide for Extended Coverage of the Proceedings in the above Captioned c as well as Proceedings as well as a Proceedings in Judge Hills Court Room scheduled for March 16 at 9am Pursuant to Marylannd Rule 16-109(A)(1)(B)(2)(3)(4)(5) or in the Alternative have Proceedings Recorded by Courts Video Equipment, fd./klf e: 03-08-2016

Date 03/03/2016
Document Name Line filed
Docket Text 087 Request for the Court Clerk to Supply Plaintiff with 12 Subpoena Froms in the above Captioned Matter to be Brought back to the Court for Processing after filling out each Requ to be Certified by the Court for Delivery by Private Process Server Pursuant to Maryland Ru 2-510, 3-510, 4-265, and 4-266, fd./klf e: 03-08-2016

Date 03/04/2016
Document Name Line, filed
Docket Text 088 Motion to Subpoena Court Clerk regarding issuance of Subpoenas in Conformity with Maryland Rule 2-510 Plaintiff was informed on March 02, 2016 that no Subponea Froms w availabe so out an Abudance of Caution Appellant has prepared drafts of Nine Subpoenas f the Court to prepare, fd./klf e: 03-08-2016

Date 03/08/2016
Document Name Subpoena Issued For Witn, fd
Docket Text 089 as to Barbar Lipitor, Hon Larry Hogan, John Noonan, Stewart Corish, Angelia Plemmer Williams, Terry Ruffatton, Deputy Clerk, and Fisher Law Gourp., fd./klf e: 03-08-2016

Date 03/10/2016
Document Name Motion To Dismiss, Fd.
Docket Text 090 fjs,e3-14-16 Motion to Dismiss the March 21st, and the April 22nd 2016, Hearings, alo with Motion to Quash the Subpoena Filed in this Case (Adams)

*This is an electronic case record. Full case information cannot be made available either because of legal restric on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical diffic inherent in reducing a case record into an electronic format.*

**Re-verified 6:50 AM March 16, 2015 before filing**

**ONLINE DOCKET FROM THE INTERNET MARYLAND JUDICIARY CASE SEARCH.COM SATURDAY, MARCH 19, 2016 NO ORDERS TO QUASH LEGALLY ISSUED SUBPOENAS ON THIS COURT'S RECORD/DOCKET**

Date: 03/08/2016
Document Name Subpoena Issued For Witn, fd
Docket Text: 089 as to Barbar Lipitor, Hon Larry Hogan, John Noonan, Stewart Corish, Angelia Plemmer Williams, Terry Ruffatton, Deputy Clerk, and Fisher Law Gourp., fd./klf e: 03-08-2016

Date: 03/10/2016
Document Name Motion To Dismiss, Fd.
Docket Text. 090 fjs,e3-14-16 Motion to Dismiss the March 21st, and the April 22nd 2016, Hearings, along with Motion to Quash the Subpoena Filed in this Case (Adams)

Date 03/16/2016
Document Name Opposition to Motion, fd
Docket Text 091 Plaintiff's Joint Opposition to Unnamed Parties Alleged Motion to Dismiss March 21 and April 22, 2016 Hearing along with the Motion to Quash Subpoenas filed in this case, fd./klf e: 03-17-2016

*This is an electronic case record. Full case information cannot be made available either because of legal restriction on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Plaintiffs assert that the office of Maryland Atty. Gen., office of the Gov. of the state of Maryland, and the office of the administrative offices of the state of Maryland. Are in noncompliance with the subpoenas to



# CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY MARYLAND
# UPPER MARLBORO

| | | |
|---|---|---|
| In the matter of | ) | This Court Case Number |
| George Edward McDermott et al | ) | CAL – 15 - 08704 |
| | ) | Civil Case Number Lower Court |
| | ) | #__0501SP058102015 |
| plaintiff/petitioner | ) | Relating case CAE 10-07351 |
| V. | ) | JURY TRIAL PRESERVED |
| | ) | Pursuant to Maryland Rules |
| John Noonan & Barb Libpator | ) | 2 – 535 and 2 – 536 |
| 8324 Bock Rd., Fort, WA Maryland | ) | |
| 20744 Hereafter Trespassers/**defendants** | ) | |

**PLAINTIFF'S NOTICE TO THE COURT OF REMOVAL OF THIS ACTION TO FEDERAL DISTRICT COURT FOR DISTRICT OF COLUMBIA UNDER MARYLAND RULE 2 – 505 (A) (2) THE COURT SYSTEM OF MARYLAND IS UNABLE TO PROVIDE HONEST SERVICES TO ITS CITIZENS AND ALL JUDGES OF THIS COURT IN THE COURTS OF APPEALS ARE DISQUALIFIED AS BEING BIASED AND PREJUDICED TO THE PLAINTIFFS THE CONSTITUTION OF MARYLAND AND THE RULE OF LAW.**

**Comes now George McDermott and Patricia McDermott plaintiffs through the motion process under MARYLAND RULE 2 – 505 (A) (2) notifying this court that an action has been filed in the United States District Court for District of Columbia against the defendant his co-conspirators and the clerk of this court and unnamed John does and Jane does. Assisting defendants misconduct fraud on the courts and abuse of process of this court the court of special appeals court of appeals of Maryland. By and through the use of forged unsigned unverifiable court documents orders to docket and appellate courts unsigned orders five of which plaintiffs picked up on March 18 2016. Which were promptly delivered to all members of the Maryland general assembly with his second notice of removal. Which is been supplied to the US District Court for District of Columbia. Along with original pleadings seeking $30 million in damages against the defendants jointly and severally for 21 years of legal terrorism by Maryland courts.**

**Attachments in support of motion for removal and verified complaint to US District Court.**

| | | |
|---|---|---|
| 1 | Verified complaint US District Court Washington DC date stamped with supporting attachments containing 12 pages showing necessity for removal 3/20/2016 | **E-1-112** |
| 2 | **Civil cover sheet** US District Court Washington DC date stamped 3/20/2016 | **E-13-14** |
| 3 | **Summons sheet** US District Court Washington DC date stamped 3/20/2016 | **E-15-16** |
| 4 | **Filing fee paid check number 6183** US District Court Washington DC date stamped 3/20/2016, first notice to court superiors of intent to remove no honest services, | **E-17-20** |
| 5 | Plaintiff 2st notice of removal to this court, court supervisors & defendants the court in all courts supervisors in the general assembly 3/19/2016 with by unsigned orders | **E-21-29** |

# Secretjustice.com NEWS

THE VICTIMS ROUNDTABLE

***From The Desk of George E McDermott Investigative Reporter***

**On Legislative Courts and Judicial Affairs** 143 North Huron Dr. Forest Heights MD 20745
Phone 301-996-9577 fax number 301-839-5816 email @secret justicepr@yahoo.com

March 17, 2016

**TO ALL MEMBERS OF MARYLAND GENERAL ASSEMBLY HOUSE AND SENATE EMERGENCY DEMAND THAT SOMEONE REDUCE THE CONSTITUTIONAL AMENDMENT AND THE ARCHIVE LOCATION OF SAID AMENDMENT THAT ALLOWS MARYLAND CHIEF JUDGE ELLEN BARBERA TO APPOINT JUDICIAL MEMBERS WHO ARE MANDATORILY RETIRED UNDER THE MARYLAND CONSTITUTION IN WHICH THE GOVERNOR CANNOT EVEN REASSIGN THESE AGED OUT JUDGES. AS Gov. IS CONSTITUTIONALLY BARRED FROM SUCH ACTION AS SHOULD THE COURT OF APPEALS CHIEF JUDGE BE LEGALLY BARRED.**

**Honored members you are being hand delivered, a second public information request regarding producing the original legislative orders and amendments to our Constitution that allows the Chief Justice of Mud's courts. And all judges to issue unsigned orders which they will not authenticate or validate. See secret justice.com there are 1100 + videos showing judicial corruption in Maryland with the use of these unsigned forged documents which are listed under the Maryland criminal code 8 – 605, 8 – 606, 8 – 606 .1 our courts use of unsigned orders is a criminal felony fraud making Maryland liable to lawsuits for legal and constitutional denial of access to the courts with forged rubber stamp unsigned sham court documents and failure to provide honest services.**

**1. As of 3/17/2016 I received a subpoena reply from the administrative offices of the Assistant Attorney General McDonald's office within Maryland Atty. Gen.'s office in response to subpoenas. Falsely stating that their position is there is no mandatory retirement age for judges in our Constitution the Chief Judge can to do what she wants to untrue statement. Md. Ct's & Jud. Pratt. 1-302 (c) makes it clear no reappointments The Gov. has been subpoenaed to produce the constitutional / legislative amendment without which this judge in violation health of her oath of office covering up for predecessors misconduct without constitutional standing and proper oath of offices retired judges these parties are committing TREASON against our Constitution, the orders are void/nullified. Secondly judges must have oath of office in each sovereign community which they allegedly sit**

Clerk of the Court Marilyn Bland administers oath of office to Honorable Lawrence V. HILL, Jr as judge in the Circuit Court of Prince George's County. O happy day! Wife Kirsten and daughter Parker hold the Bible.

Docket Text: ... Maryland Rule 2-510 Plaintiff was informed on March 02, 2016 that no Subpoena Forms were available ... Appellant has prepared drafts of Nine Subpoenas for the Court to ... 03-08-2016

Date: 03/08/2016
Document Name: Subpoena Issued For Witn, Id
Docket Text: ... as to Becker Lipkar, Hon Larry Hogan, John Noonan, Stewart Cerish, Angella Plecomer Williams, Terry ..., Deputy Clerk, and Fisher Law Group., fd./... e: 03-08-2016

Date: 03/10/2016
Document Name: Motion To Dismiss, Fd.
Docket Text: ... 03-14-16 Motion to Dismiss the March 21st, and the April 22nd 2016, Hearings, along with Motion to Quash the Subpoena Filed in this Case (Adams)

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

PG County Circuit Court docket CAL 15-08704 3/17/2016

Judge Hill does not have an oath of office in St. Mary's County nor do the retired judges over the age of 70 specially assigned to destroy the lives of minor children and St. Mary's County courts. (a) Maryland Rules, Rule 16-813, "Rule 2.11 Disqualification" regulates (a) A judge shall disqualify himself or herself in any proceeding in which the judge's impartiality might reasonably be questioned, …" "shall means must"

(b) Quote from U.S. Supreme Court, 129 S.Ct. 2252, *Caperton, et al., v. A.T. Massey Coal Co., Inc.*, et

**The law states 2015 Maryland Code COURTS AND JUDICIAL PROCEEDINGS § 1-302 - Recall of former judge for temporary assignment**

(1) In this section, "former judge" means a judge who previously served in a court. (b) Except as provided in subsection (c) of this section, the Chief Judge of the Court of Appeals may assign any former judge to sit temporarily in any court if the temporary assignment is approved by the administrative judge of the circuit in which the former judge is to be assigned and if the former judge: **(1) Has served in the aggregate at least 2 years as a judge, except that: judge Hill has not had two years' experience**(I) In Baltimore City and Charles, Prince George's, and Harford counties the former judge shall have served in the aggregate at least 3 years as a judge; and **HILL DOES NOT MEET THE EXPERIENCE REQUIREMENT.** (ii) In Talbot County, the former judge shall have served in the aggregate at least 1 year as a judge;

(2) Has been approved for assignment by a majority of the judges of the Court of Appeals; **NO EVIDENCE EXISTED THATE ANY OTHER APPELLATE JUDGE APPROVED HIS ASSIGNMENT OR THE OTHER TO SO-CALLED RECALL JUDGES** (3) Meets the standards established by this section as well as any additional standards established by rule of the Court of Appeals; and (4) Has consented to the assignment.

(c) A former judge may not be recalled for temporary assignment if the judge: **(1) Was removed or involuntarily retired from judicial office** pursuant to the Constitution or laws of this State; **This is a critical point mandatory retirement under Maryland Constitution article 4 section 1. Constitution says mandatory not even the Gov. can extend permission for a judge to sit on the bench after the age of 70. Every judge in the state knows Constitution and should abide by**

(E A former judge temporarily assigned under this section has all the power and authority of a judge of the court to which he is allegedly assigned **ABSOLUTELY UNTRUE UNTIL PROOF CAN BE PRODUCED IN OPEN COURT ON THE RECORD LEGISLATIVE AMENDMENT AUTHORIZING THESE ILLEGAL ASSIGNMENTs**

(g) Preference for temporary assignment shall be given to retired judges from the circuit in which the temporary assignment is to take pla § 1-302 - 1. Judicial Assistance Fund **NOWHERE DOES IT SAY THAT JUDGES FORCED TO RETIRE UNDER MANDATORY RETIREMENT AGE ARE ALLEGEDLY ALLOWED TO BE RECALLED. EVEN BY THE as current HB 481 being considered by this court assembly has language that permit requires judges over the age of 70 not be reassigned. In concurrence with the Constitution.**

**Attached is the correspondence from the Maryland administrative offices of the courts March 11, 2016 in response to subpoena issued to that office to the Gov.'s office and to the Maryland Atty. Gen.'s office were Assistant Attorney General McDonnell of the courts and judicial proceedings branch is also misinterpreting the intent of the legislature of Maryland and our Constitution to protect the knowingly criminal misconduct of these retired judges and the chief judge of the Maryland court of appeals regarding the issuance of these unsigned unverifiable orders and the courts mala fides / mala prohibited misinterpretation of the law making the state of Maryland liable for the damages caused to the victims who receive these sham unsigned orders decrees and alleged judicial proceedings with judges who do not hold a proper oath of office and are engaged in criminal misconduct against our citizens.**

**Finally after the judges have knowingly engaged in misconduct contrary to the Maryland Constitution the citizens of state of Maryland should not be forced to pay the Atty. Gen.'s office to represent these illegally appointed ex-judges who are guilty of conspiring against our Constitution and rule of law. March 17, 2016 was the 1 year anniversary of the massacre of justice at the Queen Anne's County Maryland Circuit Court. Criminal case 17 – K – 14 – 009041 retired judge Sidney Campen destroyed to family and helped in the theft of almost $20 million in assets which the state of Maryland is not liable. Failure to prevent why is the Maryland Atty. Gen. wasting money taxpayer resources on this appeal MDCOSA # 184 2015 September term. George McDermott Maryland court watch news versus Circuit Court for Queen Anne's County.**

**Respectfully submitted**

**George McDermott.**

(26)

[ At. 1 ] Administrative offices of court subpoena response March 11, 2016 woefully inadequate.

BRIAN E. FROSH
**Attorney General**

ELIZABETH F. HARRIS
**Chief Deputy Attorney General**

THIRUVENDRAN VIGNARAJAH
**Deputy Attorney General**

**Michele J. McDonald**
**Chief Counsel**

WRITER'S DIRECT PHONE: 410-576-6576
FAX: 410-576-6393
EMAIL: mmcdonald@oag.state.md.us

March 18, 2016

# OFFICE OF THE ATTORNEY GENERAL
# COURTS & JUDICIAL AFFAIRS DIVISION

VIA PICKUP
Mr. George Edward McDermott
143 North Huron Drive
Fort Washington, Maryland 20745

Re: *McDermott v. Noonan, et al.*, Case No. CAL 15-08704

Dear Mr. McDermott,

I represent Terry Ruffatto, Deputy Clerk of the Court of Appeals, regarding your subpoena to him dated March 8, 2016, requesting that he produce "all records relating to contracts to the property 8324 Bock Road, Fort Washington, Maryland 20744."

AG OFFICE WILL NOT GIVE BACK CHECKS EVEN UNDER SUBPOINA?

Attached are the case records maintained by the Court of Appeals responsive to your request:

*George McDermott, et al. v. John Noonan/Barbara Lipitor Squatters*, Misc. No. 6, September Term 2015.

Petition for Writ of Certiorari and additional motions on file in the case of *George Edward McDermott v. John Noonan, et al.*, Petition Docket No. 391, September Term 2015.

Order, Petition for Writ of Certiorari, and additional motions on file in the case of *George Edward McDermott v. John Noonan, et al.*, Petition Docket No. 549, September Term 2015.

Please contact me if you have questions.

Very truly yours,

Michele J. McDonald
Assistant Attorney General

200 Saint Paul Place ♦ Baltimore, Maryland, 21202-2021
Main Office (410) 576-6300 ♦ Main Office Toll Free (888) 743-0023 ♦ D.C. Metro (301) 470-7534
Consumer Complaints and Inquiries (410) 528-8662 ♦ Health Advocacy Unit/Billing Complaints (410) 528-1840
Health Advocacy Unit Toll Free (877) 261-8807 ♦ Homebuilders Division Toll Free (877) 259-4525 ♦ Telephone for Deaf (410) 576-6372



**Pamela Harris**
State Court Administrator
410-260-1295

# ADMINISTRATIVE OFFICE OF THE COURTS

MARYLAND JUDICIAL CENTER
580 TAYLOR AVENUE
ANNAPOLIS, MARYLAND 21401

March 11, 2016

George McDermott
143 N. Huron Dr.
Forest Heights, MD 20745

Dear Mr. McDermott:

I am writing to you on behalf of District Court of Maryland Chief Judge John Morrissey regarding your request for information regarding the use of recalled judges.

Please see **MD Code, Courts and Judicial Proceedings, § 1-302, § 1-302. Temporary assignments for former judges.** In summary, the Chief Judge of the Maryland Court of Appeals may assign any former judge to sit temporarily in any court if the temporary assignment is approved by the administrative judge of the circuit in which the former judge is to be assigned. A former judge temporarily assigned under this section has all the power and authority of a judge of the court to which he is assigned. A former judge may not serve if he/she was removed or involuntarily retired from judicial office pursuant to the Constitution or laws of this State; voluntarily retired by reason of disability; had the most recent service as a judge terminated by reason of defeat for election to judicial office or by rejection of confirmation by the Senate; was censured by the Court of Appeals upon recommendation of the Commission on Judicial Disabilities; or is engaged in the practice of law.

No Honest Response 1-302(e) Stops Fraud By Courts Judges

Your request for archived legislative information should be addressed to the custodians of such records ---- the General Assembly of Maryland or the Maryland State Archives. I have provided a link below to a listing of historical resources provided by the General Assembly of Maryland, Department of Legislative Services.

http://dls.state.md.us/Content.aspx?page=168

No Answer Why

Faye D. Matthews, Deputy State Court Administrator, 410-260-1257 | Mark R. Bittner, Assistant Administrator, Judicial Information Systems, 410-260-1001 | Louis G. Gieszl, Assistant Administrator, Programs, 410-260-3547 | Melinda K. Jensen, CPA, Assistant Administrator, Operations, 410-260-1240 | Stephane J Latour, Managing Legal Counsel, Internal Affairs, 410-260-3453 | Kelley E. O'Connor, Assistant Administrator, Government Relations, 410-260-1560 | Stacey A Saunders, Assistant Administrator, Education, 410-260-3549

All interview requests should be directed to the [illegible] Affairs.

Thank you for your inquiry and thank you for contacting the Maryland Judiciary.

Respectfully submitted,

Angelita Plemmer Williams

28

STATE OF MARYLAND, ss:

I, BESSIE M. DECKER, Clerk of the Court of Appeals of Maryland, the highest Court of said State, do hereby certify that the foregoing pleadings are full and true copies of the original Order, dated February 22, 2016, the Petition for Writ of Certiorari, the Supplements, the Respondents' Motion to Dismiss Appeal with Prejudice for Lack of Jurisdiction & Violating Md. Rule 8-202 (a), the Motion for Reconsideration and the Supplement which are on file with the petition for writ of certiorari in the case of George and Patricia McDermott v. John Noonan and Barbara Lipitor, Petition Docket No. 549, September Term, 2015.

IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the said Court of Appeals of Maryland, this ninth day of March, 2016.

Bessie M. Decker
Clerk
Court of Appeals of Maryland

NO Signed orders Ever Voide

STATE OF MARYLAND, ss:

I, BESSIE M. DECKER, Clerk of the Court of Appeals of Maryland, the highest Court of said State, do hereby certify that the foregoing are full and true copies of the original pleadings filed in George McDermott et al v. John Noonan/Barbara Lipitor Squatters, Misc. No. 6, September Term, 2015.

IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the said Court of Appeals of Maryland, this ninth day of March, 2016.

Bessie M. Decker
Clerk
Court of Appeals of Maryland

No Signed orders Ever Have NO Effect

STATE OF MARYLAND, ss:

I, BESSIE M. DECKER, Clerk of the Court of Appeals of Maryland, the highest Court of said State, do hereby certify that the foregoing pleadings are full and true copies of the original Petition for Writ of Certiorari, the Motion to Strike and Dismiss with Prejudice Plaintiff's Notice of Appeal dated September 7, 2015, on the grounds he falsified the certificate of service and the "Motion for the Court Clerk to Withdraw the Appeal filed September 17 2000 Euros Court Case Number 15 day 01502 which is been transferred to the Court of Appeals. As I have asked the Circuit Court for Prince George's County to Withdraw the Appeal for Nonconformity with the Rules and inadvertent oversight in the captioning requires that withdrawal of the Notice of Appeal" which are on file with the petition for writ of certiorari in the case of George Edward McDermott v. John Noonan et al., Petition Docket No. 391, September Term, 2015.

IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the said Court of Appeals of Maryland, this ninth day of March, 2016.

Bessie M. Decker
Clerk
Court of Appeals of Maryland

No Signed orders Courts NOT Providing Honest Services Engadged in Mail Frauds