UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **George Edward McDermott, Sr.,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil No. 1:16-cv-00532 (APM) |
| ) | |
| **BB&T Bank Corporation,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Upon consideration of Plaintiffs' Complaint, ECF No. 1, which the court interprets as a motion for a temporary restraining order, the court hereby orders that the motion is denied. A temporary restraining order is warranted only if "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." Fed. R. Civ. P. 65(b)(1)(A). Here, Plaintiffs have made no such showing.

Further, due to the incomprehensible nature of the motion, the court finds that it would be unable to craft an order granting an injunction. *See* Fed. R. Civ. P. 65(d) (requiring an order for injunction to include "the reasons why it issued"; a statement of "its terms specifically"; and a description "in reasonable detail . . . [of] the act or acts restrained or required").

Dated: March 24, 2016

Amit P. Mehta
United States District Judge