# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

**George E. McDermott, et al**
**143 N. Huron Drive**
**Forest Heights, Md. 20745**
      **Plaintiffs.**

      Vs.                      Civil Case No. 1:16-cv-532 -APM

**John Noonan**
**8324 Bock Road**
**Fort Washington, Md. 20744**
      **Defendant.**

## DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE

      Defendant, John Noonan moves this Honorable Court pursuant to Fed. R. of Civ. Proc., Rule 12(b)(5), and Rule 4(c)(1) for the following reasons:

      On Friday, March 25, 2016, @ 12:00 a process server named, Terry Pender came to my residence at 8324 Bock Road, Fort Washington, Md. 20744. Mr. Pender got out of his vehicle, and as I approached him, he said: "I have two more subpoenas for you!" and then he said: "You have to sign one copy give it back to me, and keep the other copy for yourself." I told him: "I'm not signing anything, nor am I going to give you a copy back."

      The two subpoenas Mr. Pender called them, are the two attached original and copy of the **"SUMMONS IN A CIVIL ACTION".** I immediately called the Clerk's Office at 12:05 pm, and talked with Mr. Michael Darby who issued the summons. He clearly let me know that he cannot give legal advice, and I understood. I advised Mr. Dardy of this entire matter just as a stated in this motion to dismiss.

RECEIVED
Mail Room
MAR 2 8 2016
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

The Plaintiffs (the McDermotts) violated the Federal Rule of Civil Procedure, Rule 4 (c)(1) as to Service, because the summons was not served with a copy of the complaint. The McDermotts did not furnish the necessary copies of the complaint to Mr. Pender to make proper service, nor did Mr. Pender know what he was serving, he called them "Two More Subpoenas."

**Standard Under Fed. R. Civ. P. 4(c)(1)**

Federal Rule of Civil Procedure 4(c) provides that "[t]he plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and **must** furnish the necessary copies to the person who makes service." Rule 12(b)(5), in turn, allows a party to move to dismiss a complaint for "insufficient service of process." Fed. R .Civ. P. 12(b)(5). When a defendant moves to dismiss under Rule 12(b)(5), the plaintiff "has the burden of establishing the validity of service of process; to do so, he **must** demonstrate that the procedure employed satisfied the requirements of the relevant portions of Rule 4 and any other applicable provision of law." Light v. Wolf, 816 F.2d 746, 751 (D.C. Cir. 1987) (citations and quotation marks omitted). It is also well-established that "federal courts lack the power to assert personal jurisdiction over a defendant 'unless the procedural requirements of effective service of process are satisfied.'" Mann v. Castiel, 681 F.3d 368, 372 (D.C. Cir. 2012) (citation omitted). "A dismissal with prejudice is warranted only when a trial court determines that the allegation of other facts consistent with the challenged pleading could not possibly cure the deficiency." Firestone v. Firestone, 76 F.3d 1205, 1209 (D.C. Cir. 1996) (citations and quotation marks omitted).

**Standard Under Fed. R. Civ. P. 12(b)(5)**

With respect to dismissal for insufficiency of service of process, pursuant to Federal Rule of Civil Procedure 12(b)(5), "[i]f the plaintiff **(the McDermotts)** does not properly effect service on a defendant **(John Noonan)**, then the defendant **(John Noonan)** may move to dismiss the complaint . . . . Upon such a motion, the plaintiff **(McDermotts)** carries the burden of establishing that he (they) has properly effected service." Hilska v. Jones, 217 F.R.D. 16, 20 (D.D.C. 2003). Failure of service is a jurisdictional defect which is fatal. Bland v. Britt, 271 F.2d 193 (4th Cir. 1959). Accordingly, courts routinely dismiss actions when service is improper. See Light v. Wolf, 816 F.2d 746, 750 (D.C. Cir. 1987).

I have been at 8324 Bock Road, Fort Washington, Md. 20744, since August, 2014, and the bogus phone number **(443) 768-2870** the McDermotts placed on the summons is not mine.

Defendant, John Noonan, respectfully requests an immediate dismissal of this service and case with prejudice.

*John Noonan*
8324 Bock Road
Fort Washington, Md. 20744

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of March, 2016, a copy of the foregoing **Defendant's Motion to Dismiss with Prejudice** was mailed, without the attachments **(the two SUMMONS IN A CIVIL ACTION)** postage prepaid to:

George E. McDermott, Sr.
Patricia J. McDermott
143 N. Huron Drive
Forest Heights, Md. 20745

And,

George E. McDermott, Jr
7219 Stafford Road
Alexandria, Virginia  22307

*John Noonan*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

George E Mc Dermott et al,
143 N. Huron DR Forest Heights
Maryland 20745
(301) 996-9577
*Plaintiff(s)*

v.

BB&T Bank Corp. et al.
200 West Second Street
Winston Salem N.C. 27101
(800) - BANK- BBT
*Defendant(s)*

Case: 1:16-cv-532  Jury Demand
Assigned To : Mehta, Amit P.
Assign. Date : 3/20/2016
Description: TRO/PI (D Deck)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

John Noonan alleged agent for
The Fisher Law Group, Pllc
/Co-Conspirator With Alleged Bank's
Alleged Trustees 8324 Bock Rd.,
Fort Washington, MD 2074
phone (443) 768-2870
                    Defendant          # 3

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Edward McDermott SR.
143 North Huron Dr.
Forest Heights, MD 20745
Phone 301-996-9577

Patricia J McDermott
143 North Huron Dr.
Forest Heights, MD 20745
Phone 301- 442-7278

George Edward McDermott Junior
7219 Stafford Rd
Alexandria, VA 22307

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/24/16

*Michael Darby*
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

*ANGELA D. CAESAR*
*Clerk of Court*

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in the delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to trial of your case by a United States Magistrate Judge. By statute, 28 USC §636(c), Fed.R.Civ.P. 73 and Local Civil Rule 73.1, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a United States District Judge in a civil case.

### WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Civil Rule 16.3 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are **not** foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Counsel for the plaintiff has been furnished a copy of the "Consent to Proceed Before a United States Magistrate Judge for all Purposes" form. If and when the form is executed, your response should be made to the Clerk of the United States District Court only.

### WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form the case will be randomly assigned for all purposes to a Magistrate Judge.

AO 85(Rev 11/11)
Consent to Trial by MJ

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
Plaintiff

v.                                        Civil Action No.

_____
Defendant

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. Once judgment is entered an appeal must be taken to the U.S. Court of Appeals for the D.C. Circuit and not to the United States District Judge. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Note: Return this form to the clerk of court only if you are consenting to the exercise jurisdiction by a United States magistrate judge. Do not return this form to a judge.

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

## INITIAL ELECTRONIC CASE FILING ORDER

All filings in this case must be made electronically using the Court's Electronic Case Filing System (ECF) pursuant to Local Civil Rule 5.4.

ORDERED that counsel shall:

- Register, if not previously registered, to become an electronic filer by completing and returning the ECF Registration form found on the Court's Website at www.dcd.uscourts.gov. The login and password are case specific and can be used for all cases.

- Have a PACER (Public Access to Court Electronic Records) account, in order to view dockets and documents. Call (800) 676-6856 or visit www.pacer.gov for additional information.

- Review all filing instructions and interactive tutorials found on the Court's Website.

IT IS FURTHER ORDERED that:

- Pursuant to Local Civil Rule 5.4(b)(2), a pro se litigant may file a motion requesting permission to file documents electronically. See the rule for specific directions and requirements.

- If a document must be submitted in paper, the original and one copy of the document (not including summonses and civil cover sheet) shall be delivered to the Clerk's Office. Additionally, these filings are hereby required to be in PDF format on a CD-Rom. The disk should be clearly labeled with the case number (if known) and the caption of the case. If unable to deliver the disk at the time of the filing, counsel shall email the document to dcd_cmecf@dcd.uscourts.gov by the close of business the day the document was filed. Failure to supply electronic copies of any paper document filed with the court, in a timely manner, will result in notification to the assigned judge. Failure to submit the document in an electronic format deemed acceptable to the Clerk's Office may delay the notification of the filing to the assigned judge in the case.

AMIT P. MEHTA

UNITED STATES DISTRICT JUDGE

# United States District Court
# For The District of Columbia

## ELECTRONIC CASE FILES
## ATTORNEY/PARTICIPANT REGISTRATION FORM

### LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system.

The following information is required for registration:
If you are appointed pro bono or pro hac vice, please provide the case number:

_____

First Name/Middle Initial/Last Name: _____

Last four digits of Social Security Number: _____

DC Bar ID#: _____

Firm Name: _____

Firm Address: _____

_____

Voice Phone Number: _____

FAX Phone Number: _____

Internet E-Mail Address: _____

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. This system is for use only in cases permitted by the **U.S. District Court for the District of Columbia.** It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet Website to schedule training.

2. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all

papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3. An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4. Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.

5. Attorneys must be active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed pro hac vice, must file pleadings electronically.

6. Whenever a filer's e-mail address changes, the user agrees to update their ECF profile to show the new e-mail address. The system is robust enough to permit counsel to change their own e-mail address within the ECF System. Effective December 9, 2008, pursuant the directions from the Court's Information Technology Committee, the Clerk's Office will no longer monitor bounced e-mails.

7. Login & Passwords will be issued within 48 business hours of being received in the Clerk's Office.

Please return this form via E-mail: ecf_login@dcd.uscourts.gov
Fax: Files & Intake (202) 354-3524
or Mail: U.S. District Court for the District of Columbia
Attn: Attorney Admissions
333 Constitution Avenue NW, Room 1225
Washington, DC 20001

Applicant's Signature: _____

_____   _____   _____
Full Last Name                    Initial of First Name    Last 4 Digits SS#

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

George E Mc Dermott et al,
143 N. Huron DR Forest Heights
Maryland 20745
(301) 996-9577

*Plaintiff(s)*

v.

BB&T Bank Corp. et al.
200 West Second Street
Winston Salem N.C. 27101
(800) - BANK- BBT

*Defendant(s)*

Case: 1:16-cv-532  Jury Demand
Assigned To : Mehta, Amit P.
Assign. Date : 3/20/2016
Description: TRO/PI (D Deck)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

John Noonan alleged agent for
The Fisher Law Group, Pllc
/Co-Conspirator With Alleged Bank's
Alleged Trustees 8324 Bock Rd.,
Fort Washington, MD 2074
phone (443) 768-2870
Defendant       # 3

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Edward McDermott SR.
143 North Huron Dr.
Forest Heights, MD 20745
Phone 301-996-9577

Patricia J McDermott
143 North Huron Dr.
Forest Heights, MD 20745
Phone 301- 442-7278

George Edward McDermott Junior
7219 Stafford Rd
Alexandria, VA 22307

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/24/16

*Michael Darby*
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

ANGELA D. CAESAR
Clerk of Court

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in the delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to trial of your case by a United States Magistrate Judge. By statute, 28 USC §636(c), Fed.R.Civ.P. 73 and Local Civil Rule 73.1, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a United States District Judge in a civil case.

### WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Civil Rule 16.3 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Counsel for the plaintiff has been furnished a copy of the "Consent to Proceed Before a United States Magistrate Judge for all Purposes" form. If and when the form is executed, your response should be made to the Clerk of the United States District Court only.

### WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form the case will be randomly assigned for all purposes to a Magistrate Judge.

Rev. 11/11

AO 85(Rev 11/11)
Consent to Trial by MJ

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
*Plaintiff*

v.                                    Civil Action No.

_____
*Defendant*

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. Once judgment is entered an appeal must be taken to the U.S. Court of Appeals for the D.C. Circuit and not to the United States District Judge. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Note: Return this form to the clerk of court only if you are consenting to the exercise jurisdiction by a United States magistrate judge. Do not return this form to a judge.

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

## INITIAL ELECTRONIC CASE FILING ORDER

All filings in this case must be made electronically using the Court's Electronic Case Filing System (ECF) pursuant to Local Civil Rule 5.4.

ORDERED that counsel shall:

- Register, if not previously registered, to become an electronic filer by completing and returning the ECF Registration form found on the Court's Website at www.dcd.uscourts.gov. The login and password are case specific and can be used for all cases.

- Have a PACER (Public Access to Court Electronic Records) account, in order to view dockets and documents. Call (800) 676-6856 or visit www.pacer.gov for additional information.

- Review all filing instructions and interactive tutorials found on the Court's Website.

IT IS FURTHER ORDERED that:

- Pursuant to Local Civil Rule 5.4(b)(2), a pro se litigant may file a motion requesting permission to file documents electronically. See the rule for specific directions and requirements.

- If a document must be submitted in paper, the original and one copy of the document (not including summonses and civil cover sheet) shall be delivered to the Clerk's Office. Additionally, these filings are hereby required to be in PDF format on a CD-Rom. The disk should be clearly labeled with the case number (if known) and the caption of the case. If unable to deliver the disk at the time of the filing, counsel shall email the document to dcd_cmecf@dcd.uscourts.gov by the close of business the day the document was filed. Failure to supply electronic copies of any paper document filed with the court, in a timely manner, will result in notification to the assigned judge. Failure to submit the document in an electronic format deemed acceptable to the Clerk's Office may delay the notification of the filing to the assigned judge in the case.

AMIT P. MEHTA

UNITED STATES DISTRICT JUDGE

# United States District Court
# For The District of Columbia

## ELECTRONIC CASE FILES
## ATTORNEY/PARTICIPANT REGISTRATION FORM

### LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system.

The following information is required for registration:
If you are appointed pro bono or pro hac vice, please provide the case number:

_____

First Name/Middle Initial/Last Name: _____

Last four digits of Social Security Number: _____

DC Bar ID#: _____

Firm Name: _____

Firm Address: _____

_____

Voice Phone Number: _____

FAX Phone Number: _____

Internet E-Mail Address: _____

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. This system is for use only in cases permitted by the **U.S. District Court for the District of Columbia**. It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet Website to schedule training.

2. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all

papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3. An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4. Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.

5. Attorneys must be active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed pro hac vice, must file pleadings electronically.

6. Whenever a filer's e-mail address changes, the user agrees to update their ECF profile to show the new e-mail address. The system is robust enough to permit counsel to change their own e-mail address within the ECF System. Effective December 9, 2008, pursuant the directions from the Court's Information Technology Committee, the Clerk's Office will no longer monitor bounced e-mails.

7. Login & Passwords will be issued within 48 business hours of being received in the Clerk's Office.

Please return this form via E-mail: ecf_login@dcd.uscourts.gov
Fax: Files & Intake (202) 354-3524
or Mail: U.S. District Court for the District of Columbia
Attn: Attorney Admissions
333 Constitution Avenue NW, Room 1225
Washington, DC 20001

Applicant's Signature: _____

_____     _____     _____
Full Last Name                                              Initial of First Name       Last 4 Digits SS#