# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

George E. McDermott, et al
143 N. Huron Drive
Forest Heights, Md. 20745
      Plaintiffs.

      Vs.                                  Civil Case No. 1:16-cv-532  APM

John Noonan
8324 Bock Road
Fort Washington, Md. 20744
      Defendant.

## DEFENDANT'S SECOND MOTION TO DISMISS WITH PREJUDICE

      Defendant, John Noonan moves this Honorable Court against pursuant to Fed. R. of Civ. Proc., Rule 12(b)(5), and Rule 4(a) (c)(1) for the following reasons:

      On Friday, March 25, 2016, @ 12:00 I was served with two **"SUMMONS IN A CIVIL ACTION"** an Original and One Copy. There was no Complaint attached to either Summons. The process server who name is Terry Pender told me "I have two more subpoenas for you!" The first two subpoenas he served on me was from a case in the Prince George's County Circuit Court.

      On Wednesday, March 30, 2016, the plaintiffs ("the McDermotts") say in (**Exhibit 1**) they are "**reserving me**" which only confirms that I was never properly served on Friday, March 25, 2016, @ 12:00 in the first place. (**See: Exhibit 1**). Further, the McDermotts has presented my back door with (**Exhibit 2 a picture of how the McDermotts served me**) a Fraudulent Summons to deceive this Court that I was again served, The Summons has

RECEIVED
Mail Room

APR - 4 2016

Angela D. Caesar, Clerk of Court
District Court, District of Columbia

defendant's name, address, and again the bogus phone number **(443) 768-2870** taped on it. The Summons is not signed by the Clerk, and does not bear the court's seal on it. The McDermotts' service in direct violation of **Fed. R. 4.(a)(1)(F)(G)** The word **"must"** used in Fed. R. 4 places a mandatory duty on the McDermotts which they have clearly violated!

Federal Rule of Civil Procedure 4(c) provides that "[t]he plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and **must** furnish the necessary copies to the person who makes service." Rule 12(b)(5), The McDermotts did not! It is also well-established that "federal courts lack the power to assert personal jurisdiction over a defendant 'unless the procedural requirements of effective service of process are satisfied.'" Mann v. Castiel, 681 F.3d 368, 372 (D.C. Cir. 2012) (citation omitted). "A dismissal with prejudice is warranted only when a trial court determines that the allegation of other facts consistent with the challenged pleading could not possibly cure the deficiency." Firestone v. Firestone, 76 F.3d 1205, 1209 (D.C. Cir. 1996) (citations and quotation marks omitted). **Fed. R. Civ. P. 4(c)(1)**

With respect to dismissal for insufficiency of service of process, pursuant to Federal Rule of Civil Procedure 12(b)(5), **the McDermotts** twice has not properly effect service on a defendant **(John Noonan)**, and now I move a second move to dismiss the summons and complaint because of Failure of service which is a jurisdictional defect which is fatal. *Bland v. Britt*, 271 F.2d 193 (4th Cir. 1959). Accordingly, courts routinely dismiss actions when service is improper. *See Light v. Wolf*, 816 F.2d 746, 750 (D.C. Cir. 1987).

Defendant, John Noonan, respectfully requests an immediate dismissal of this service and case with prejudice.

*/s/ John Noonan*
John Noonan
8324 Bock Road
Fort Washington, Md. 20744

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31th day of March, 2016, a copy of the foregoing **Defendant's Second Motion to Dismiss with Prejudice** was mailed, postage prepaid to:

George E. McDermott, Sr.
Patricia J. McDermott
143 N. Huron Drive
Forest Heights, Md. 20745

George E. McDermott, Jr.
7219 Stafford Road
Alexandria, Virginia 22307

*/s/ John Noonan*
John Noonan

George McDermott
143 North Huron Dr.
Forest Heights, MD 20745

March 30, 2016

John Noonan alleged agent for  *
The Fisher Law Group, Pllc  *
/Co-Conspirator With Alleged Bank's  *
Alleged Trustees 8324 Bock Rd.
Fort Washington, MD 2074

**Dear Sir or Mdm. this a follow-up to the events of March 25, 2016 at 8324 Bock Rd, Fort Washington Md where Terry Pender made service of the summons to you. Inadvertently the attached documents may have been detached from the summons. Out of an abundance of caution I am reserving you By Janice Wolk Grenadier.**

I take this action at of an abundance of caution even though I am not sure you have not already received a full package is my duty and responsibility to court to send a complete document to you now the attachment was plaintiff's notice to the Circuit Court of removal of action date stamped March 21, 2016 in the Circuit Court for Prince George's County Maryland because a full fair and honest proceedings cannot be heard in the state of Maryland as court records attest to.

I thank you for your time and attention in this matter and have a blessed day you can reach me at 301-996-9577 . Or at the above reference address.

Respectfully submitted

George Edward McDermott

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia ▼

| | |
|---|---|
| George E Mc Dermott et al, <br> 143 N. Huron DR Forest Heights <br> Maryland 20745 <br> (301) 996-9577 <br> *Plaintiff(s)* <br> v. <br> BB&T Bank Corp. et al. <br> 200 West Second Street <br> Winston Salem N.C. 27101 <br> (800) - BANK- BBT <br> *Defendant(s)* | Civil Action No. 1; 16 - cv - 532 (M.A.P) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Noonan alleged agent for
The Fisher Law Group, Pllc
/Co-Conspirator With Alleged Bank's
Alleged Trustees 8324 Bock Rd.,
Fort Washington, MD 2074
phone (443) 768-2870
                                         Defendant       # 3

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Edward McDermott SR.      Patricia J McDermott
143 North Huron Dr.              143 North Huron Dr.              George Edward McDermott Junior
Forest Heights, MD 20745         Forest Heights, MD 20745         7219 Stafford Rd
Phone 301-996-9577               Phone 301- 442-7278              Alexandria, VA 22307

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                                              *Signature of Clerk or Deputy Clerk*

